# JEC Validation Solutions, LLC

**Engineering Consulting**

Johnny Colvin

5103 Walter Ave

HSV, Al 35811

256-990-3009

06/03/2025

Dear Judge,

My name is a Johnny Colvin an Engineering here is Huntsville, Al. I am writing this letter in support of Trey Robinson who is currently before your court. Having known Trey Robinson for 20 years, I am in a position to speak to the character and integrity of him that I have known through various aspects of our lives together, his father and I are dear friends. Trey has always been a great son and brother proactively supporting his father during his health issues.

Trey has consistently demonstrated qualities of honesty, responsibility, and a deep-seated commitment to his family and friends. One notable instance that exemplifies his kindness is how he's a great mentor to his sister, working hard, being an outstanding college student working towards his Engineering degree. As a big brother, he's always been by her side. A trait I admire because I have a young sister, trying to be a mentor to her. I must say, he does this effortlessly because he has a big heart.

Beyond his personal integrity, Trey has shown genuine interest in the engineering field as I mentioned, and I know he still plans to further his education.

It is also important to note that Trey has shown tremendous growth and self-reflection during this challenging period. We all make mistakes, I once was in a hard place in my life, but with a second chance I was able to become a blessed, community supporting engineering mentor.

I understand the gravity of the situation before the court and respect the legal process. However, I firmly believe that Trey Robinson is more than the sum of his actions that led to this moment.

In consideration of Trey's character and the steps he has taken to rectify his actions, I respectfully ask for your leniency in his sentencing. I am confident that Trey Robinson has the potential for rehabilitation and will continue to be a positive force in our community.

Thank you for taking the time to consider this character reference. Please do not hesitate to contact me if you require further information or clarification regarding the matters discussed in this letter.

Sincerely,

Johnny Colvin

*Johnny Colvin*



**THE UNIVERSITY OF ALABAMA IN HUNTSVILLE**

January 25, 2025

To Whom it May Concern,

I am writing to provide a character reference for Dinsimore G. Robinson, III, a man I have known for his entire life and whose integrity, work ethic, and dedication to self-improvement are truly commendable.

Mr. Robinson has consistently demonstrated responsibility and maturity from an early age. Even as a student at the Academy for Academics & Arts Middle School, he stood out for his commitment to excellence and his ability to balance academics with other responsibilities. His early ambition laid the foundation for the diligent and hardworking man he is today.
Mr. Robinson has independently pursued certifications in cybersecurity, a field that requires significant dedication, intellectual rigor, and attention to detail. Through his efforts, he has established himself as a reliable professional in the industry, providing valuable contributions to his workplace and the community. His determination to build a career in such a demanding field speaks volumes about his character and perseverance.

Beyond his professional achievements, Mr. Robinson has shown himself to be a person of integrity and kindness. He is always willing to assist others and takes his responsibilities seriously, whether at work or in his personal life. His calm demeanor, sense of humor and thoughtful approach make him a role model for those around him.
I firmly believe that Mr. Robinson is a person of great potential who strives to make positive contributions to society and support his family. His actions and dedication to always being better reflects a deep commitment to becoming the best version of himself not just for hm but for those around him.

Thank you for taking the time to consider this letter. Please do not hesitate to contact me at 256-655-8439 or mccombj@uah.edu if you need further information or clarification.

Sincerely,

*Jessica M. Rodgers*

Digitally signed by Jessica M. Rodgers, MBA, CRA
DN: cn=Jessica M. Rodgers, MBA, CRA, o=The University of Alabama in Huntsville, ou=Sponsored Programs, email=jessica.mccomb@uah.edu, c=US
Date: 2025.01.31 10:47:45 -06'00'

OFFICE OF SPONSORED PROGRAMS    Huntsville, AL 35899    T 256.824.6000    F 256.824.6677

5 June 2025

SUBJECT: Letter of character for Dinsimore G. Robinson, III

To Whom It May Concern:

My name is Command Sergeant Major (Retired) Kevin D. Harkey. Throughout my 31 years of active-duty service in the United States Army, I was a leader of Soldiers. I am pleased to write this letter of character for Dinsimore G. Robinson, III, whom I affectionately call "Trey."

I was deeply surprised to learn of Trey's pending legal actions. Having known Trey since birth, my closest friend is his father, and we've been inseparable since second grade. I find these circumstances difficult to reconcile with the values in which he was raised. Trey benefited from a loving and supportive upbringing, grounded in strong family values and morals.

This lapse in judgment does not define Trey. He is a bright, motivated, and driven young man. Throughout my 31-year Army career leading Soldiers, I've seen good Soldiers make mistakes – mistakes that didn't reflect their true character. I never judged a Soldier solely on those mistakes but rather assessed the total Soldier. Based on those assessments, I recommended appropriate consequences, always recognizing that some deserved a second chance. Trey is undoubtedly one of those individuals who deserves a second chance.

I respectfully ask the court to consider leniency and offer Trey a second chance to prove the character I have known his entire life. He is a young man with the potential to be a true force for good in our society and beyond. I am confident that he has learned from this mistake and deeply regrets his actions. Please allow him the opportunity to demonstrate his remorse through positive contributions to our community.

Should anyone have questions regarding my letter of character for Trey, I can be reached by telephone at (915) 471-0999 or by email at kdharkey@yahoo.com.

Respectfully,
Kevin D. Harkey
CSM(Ret), United States Army

Chaplain Peggy L. Fields D. Min, M.DIV.<br>
3012 Turf Ave<br>
Huntsville, Alabama 35816

---

The Honorable Robert J. Jonker,
United States District Judge
Grand Rapids, Michigan

Dear Judge Jonker,

I write to you on behalf of my cousin of Dinsimore G. Robinson III. His father, Dinsimore Robinson, Jr. is my first cousin. I have known Trey since birth. Trey has been an exemplary young man throughout his adolescence and young adulthood. I have personally watched him grow up. He has been a quiet respectful intelligent young man to his parents, elders, and those in authority. Trey had a family foundation filled with love, support, and rich in a faith in God.

As a corporate and hospice chaplain, I counsel and advise the young and old regarding their life reviews of successes, regrets, mistakes, and unresolved issues at varies stages in their lives. I have talked with Trey. Trey is a remorseful young man that regrets the mistake he made. He has learned from his mistake and shown repentance. The mistake Trey made is not the character we know.

God is a God of second chances. I pray that the judicial system will give Trey a second chance.

Thank you in advance for your consideration.

Sincerely,

*Dr. Peggy Fields*

Raven Ward

4023 Cedar Gate Rd
Huntsville, AL, 35810
256.797.3002
Ajaniinkmultimediamarketing@gmail.com
6/4/2025

To Whom It May Concern,

I am writing this letter on behalf of my younger cousin, more like a little brother, Dinsimore Robinson III, who recently found himself in a troubling situation that I believe does not accurately reflect his character. I have known Tre all his life and can say with confidence that he is a dependable, loyal, and loving individual who has always shown genuine care and support for those around him.

This recent incident has been a wake-up call for Dinsimore Robinson III, as he unknowingly became involved in a situation that has unfortunately set back some of his future plans. While I do not intend to minimize the seriousness of the matter, I do believe it's important to understand that this was a mistake made without full awareness of the consequences or the full scope of the situation.

Tre has always been the kind of person to offer help without being asked, to stand by his friends and family in hard times, and to take on responsibilities beyond his years. Whether it's helping his grandparents with errands, mentoring younger peers in school, or staying committed to his job and education goals, he has consistently shown that he is motivated to lead a productive, honest life.

This incident does not define who Dinsimore Robinson III is. It is my belief—and the belief of many who know him—that he has the strength of character and the support system to learn from this mistake and grow into an even more thoughtful, law-abiding, and responsible young adult.

I ask that you take into consideration the totality of who Dinsimore Robinson III is—a kind-hearted, trustworthy, and driven individual—when evaluating his situation. Everyone deserves a second chance, especially when their intentions were not malicious and they are willing to make amends.

Thank you for your time and consideration

Sincerely,

Raven Ward -Sanders

Sylvia Seldon
4924 Lumary Drive
Huntsville, AL 35810
scseldon@gmail.com
256-337-7232
June 5, 2025

To Whom It May Concern,

As his aunt, I am writing this letter to speak to the character of Dinismore Robinson III, affectionately known as Trey. I have known Trey since he was born, and in that time, I have come to know him as a kind, respectful, and thoughtful young man with a strong moral compass.

Trey has never been in any kind of trouble during the time I have known him. He has always carried himself with a quiet confidence and humility, which is rare in someone so young.

Academically, Trey is exceptionally gifted. He has always shown a genuine curiosity and a love for learning. His intelligence is matched by his discipline and work ethic, which set him apart from his peers.

Beyond his intellect, what truly distinguishes Trey is his good nature. He is warm-hearted, generous with his time, and treats everyone with kindness and respect. He is the kind of person who leaves a positive impression on everyone he meets.

I offer this letter in full confidence and without hesitation. Trey is a young man of excellent character, and he has a bright future ahead of him.

Sincerely,

*Sylvia Seldon*
Sylvia Seldon

To whom it may concern,

Good day,

I am writing this letter on behalf of Dinisimore Guyton Robinson III. who is set to appear June 12th, 2025. I request you to dismiss the charge of conspiracy to commit money laundering brought against him. I feel strongly about the goodness of his character and his inability to transgress against statutory ordinances.

Dinisimore Guyton Robinson III has been a model citizen for literally his entire life. There have been no complaints raised against his character or from associates, co-workers, family or friends. As a longtime friend of his father for over 40 years and a juvenile probation officer in Huntsville, Alabama, I can attest that he has been a model citizen and to my knowledge never showing any traces of unlawful or illicit behavior.

I am genuinely concerned about the charges levied against him; my heart goes out to the family of the young man who died by suicide. I truly believe Dinisimore Guyton Robinson III to be remorseful and ready to make strides to rectify this legal situation and continue to be a productive citizen in society. Please consider my letter on his behalf.

Thank you

Regards,

*[signature]*

Travis Jones

Juvenile Probation Officer, Huntsville, Alabama

Joyce Robinson Ward

4023 Cedar gate rd

Huntsville, AL, 35810

2566581556

Joyce.ward@yahoo.com

6/4/25

Dear Judge Jonker,

I am writing this letter on behalf of my nephew, Dinsmore Robinson III, who is currently involved in a legal matter before the court. I have known Dinsmore Robinson III his entire life, and I can honestly say he has always been a kind, respectful, and good-hearted young man.

Like many young people, Dinsmore Robinson III has faced some challenges growing up, but he has consistently shown strength of character and a sincere desire to do right. Throughout the years, I have seen him be an incredibly loving family member — always willing to help, always putting others before himself, and always striving to maintain a positive outlook even when life got difficult.

Dinsmore, Trey as we call him has always been a high achiever he was academically a very smart student he was on the Honor Roll from 1st grade until he graduated from high school he was in the top 20 of his graduating class he also was an outstanding Athlete lettering in Football as well as placing in State finals in wrestling. Trey maintained his academic record at the University of Alabama in Huntsville

He has been an amazing nephew — whether it's helping out around the house without being asked, supporting family members during hard times, or simply offering a listening ear and a warm smile. His compassion and gentle nature truly set him apart.

I do not see Dinsmore Robinson III as someone who poses a threat to society. Instead, I see someone who made a mistake but is more than capable of learning from it and growing into an

even better person. He deserves the chance to continue that journey with the support of his family and community behind him.

I respectfully ask the court to take this letter into consideration when making its decision. I believe in my nephew, and I stand by him with full confidence in his character and future.

Sincerely,

Joyce Robinson Ward

June 5, 2025

United States District Court
Western District
110 Michigan St. NW
Grand Rapids, MI 49503

Re: United States of America v. Dinsmore Robinson III

Dear Judge:

I am writing to you today regarding Dinsmore Robinson III, my stepson, who is currently before your court. Our entire family is devastated by this situation, and I am confident that Dinsmore is truly remorseful for having been involved with individuals who could cause harm to others.

This is simply not the type of person I know him to be. I am positive that he was unaware of the full scope of what was happening. I have had the privilege of knowing Dinsmore for the past 12 years, and from the moment I entered his life, he accepted me as family without hesitation.

In all the time I've known him, Dinsmore has consistently been respectful, hardworking, and highly intelligent. He's an absolute ace when he assists us with our large catering jobs, always willing to lend a hand. He's also incredibly self-sufficient, never one to ask for anything. Like myself, he loves spending time with true friends and family, often over a game of cards and always with plenty of jokes.

I can assure you, Your Honor, that Dinsmore has shown true remorse and is deeply questioning his future. He is not a man without a future, and we implore the court for mercy, asking that he not become another statistic. He will be surrounded by those of us who will continue to hold him to a higher standard and support him in building a positive future.

Thank you for your time and consideration.

Sincerely,

*Allen L Rawls*

Allen L Rawls,

Step-Father of the Defendant
256 200 8396

Jacqueline F Burruss

108 Nobleton Lane

Huntsville Al, 35806


The Honorable Robert J. Jonker,

United States District Judge

Grand Rapids, Michigan


Dear Judge Jonker,

My name is Jacqueline F. Burruss, and I am a civil servant. I am writing this letter in support of my cousin, Dinsmore G. Robinson III (Trey), who is currently before the Court. I have known Trey his entire life, and I am grateful for the opportunity to speak to his character.

Trey has always been a kind, respectful, and thoughtful individual. From a young age, he has shown a strong sense of responsibility and maturity, especially in caring for his family during difficult times. His father has suffered from ongoing medical issues that have prevented him from working, and Trey has willingly stepped in to provide both emotional and financial support. This included contributing to household expenses and helping to manage day-to-day responsibilities—duties that he has taken on with quiet resilience and without complaint.

Throughout his life, Trey has demonstrated qualities of integrity, humility, and compassion. He is a person of faith and conscience, who is deeply committed to doing what is right. While I understand that he is now facing a legal matter, I respectfully submit that this situation is not reflective of his true character.

I do not intend to minimize the seriousness of the case before the Court, but I believe that Trey is someone who learns from his mistakes and takes accountability for his actions. He has expressed genuine remorse and is fully aware of the consequences his decisions may carry. It is my hope that the Court will take into consideration his background, his consistent record of personal responsibility, and the potential he still holds to make meaningful contributions to society.

Thank you for considering this reference. I am available to provide any further information the Court may require.

Yours faithfully,

*Jackie Burruss*

Jacqueline F. Burruss

June 5, 2025

To Whom it May Concern

My name is Tyrone Battle, and I work as an IT Solutions Architect for a major computer manufacturer. I design systems that support global privacy compliance and analytics. More importantly, I have had the privilege of knowing Dinsimore, also known as Trey, for most of his life.

I am very close to his father, so I have had a front-row seat to Trey's growth over the years. He has always been a grounded and thoughtful young man, someone who truly puts family first. Whether offering a listening ear or lending a hand, Trey shows a quiet strength and a genuine heart for the people around him.

He is deeply devoted to his family. I have seen how he takes care of his grandmother, Mrs. Josephine, always helping her around the house without being asked. He supports his father and is just as dependable with his friends and teammates.

Trey's journey has not been easy. He has faced financial and medical hardships, but through it all, he has remained strong in his faith and focused on moving forward. His resilience, compassion, and commitment to doing what is right make him someone I admire deeply. He is a young man of strong character and unwavering faith.

*Tyrone Battle*

Tyrone Battle

# Denean Winton Harris
21535 Oakland Meadows, Athens, Alabama 35613
256-777-6637

June 4, 2025

Honorable Robert J. Jonker
United States District Court
Western District
110 Michigan St, NW
Grand Rapids, MI 49503

RE:   United States of America v. Dinsimore Robinson, III

Dear Judge Jonker:

I respectfully submit this letter on behalf of Dinsimore "Trey" Robinson, III. Trey is scheduled to appear in court on the charge of Conspiracy to Commit Money Laundering within the next few weeks.

I have known Trey his entire life; his mother and I have been close friends since childhood, and I consider Trey to be family. Over the years, I have watched Trey grow into a kind, respectful, and thoughtful young man. Trey loves his family and is devastated by the effect his unfortunate error in judgment has had on himself, his family and others. Trey has expressed deep remorse for the decisions that led to his current circumstances. He understands the seriousness of the situation that he is facing and is committed to making amends and moving forward in a positive and lawful manner. Trey is surrounded by family and friends that will be there to guide and support him.

Your Honor, I respectfully ask that you consider my letter as a testament to Trey's commitment to making better choices in the future. I am confident that Trey has learned a hard lesson and will not repeat the actions that have led to the present situation. Given the opportunity, Trey will work diligently to contribute meaningfully to his family and community.

Thank you for your consideration.

Sincerely,

Denean Winton Harris
256-777-6637

Reta G. Lockhart

3012 Turf Avenue

Huntsville Al, 35806


The Honorable Robert J. Jonker,

United States District Judge

Grand Rapids, Michigan


Dear Judge Jonker,

My name is Reta G. Lockhart, and I am a Contract Specialist. I am writing to provide a character reference for my cousin, Dinsmore G. Robinson III, whom I have known his entire life.

Dinsmore—whom we call Trey—is a kind, respectful, and responsible young man. He has always demonstrated strong moral character and integrity. Within our family, he is known for his quiet nature, compassion, and diligent work ethic. I have personally witnessed his commitment to doing what is right, even in the face of significant challenges.

Trey's home life has not been easy. His father has faced serious medical issues that have left him unable to work. In response, Trey stepped up without hesitation, assuming both financial and caregiving responsibilities well beyond his years. His actions reflect a deep sense of maturity, loyalty, and duty—qualities that speak volumes about his character.

I understand that Trey is currently before the court, and I do not write this letter to excuse any actions that may have brought him here. However, I truly believe that this situation does not reflect who Trey is at his core. He is a young man of faith and strong values who, if given the opportunity, will learn from this experience and continue to grow into a person who makes meaningful contributions to his family and his community.

Thank you for taking the time to consider this reference. Please do not hesitate to contact me if you need any further information.

Sincerely,

*Reta G. Lockhart*

Reta G. Lockhart

Maurice & Denise Davis | 1728 Waterview Trail | Davis1728@yahoo.com

May 30, 2025

Dear Your Honor,

As a married couple of 34 years, we—Maurice Davis, a Contract Specialist, and Denise Davis, a Senior Strategic Relationship Manager at Blackhawk Network—felt it was important to jointly write this letter and share our deep and personal view of Dinsimore Robinson, III character. We've had the privilege of knowing Dinsimore for his entire life as a close family member and friend to our now young adult children. Dinsimore is a longtime member of Union Hill Baptist Church, where he was raised in a home grounded in faith, compassion, and a strong moral foundation.

From an early age, Dinsimore demonstrated exceptional academic ability and a deep respect for his family and community. He attended the Academy of Arts & Academics before graduating from Lee High School, excelling academically and in athletics, particularly wrestling and football. He was proudly honored as the top academic athlete on his team, a testament to his discipline, commitment, and determination.

Throughout his life, Dinsimore has consistently been kind, respectful, responsible, and deeply family oriented. This situation he now faces is not only heartbreaking, but also profoundly out of character. Like many young adults, Dinsimore was vulnerable to outside influence and lacked the life experience to fully grasp the deceptive nature of those he trusted. His misjudgment was not rooted in malice but rather in naivety, and the weight of this mistake has deeply affected him and those who love him.

Despite this incident, Dinsimore remains a thoughtful, loving young man with immense potential. He has never had any previous issues with the law, at work, or at school. He was raised by hardworking, devoted parents who instilled in him the importance of integrity and accountability. We firmly believe this experience has deeply humbled him and will be a defining turning point in his life.

We respectfully ask the Court to consider Dinsimore's lifelong record of good character, the strong support of his family and faith community, and the remorse he has shown. If given the opportunity, we are confident he will not only rebuild his life with purpose but will use this hardship to educate and protect others from falling into similar traps. It is our sincere prayer that Dinsimore is not someone who is defined by this one mistake. He is someone who, with mercy, can contribute meaningfully to society and become a source of inspiration for others.

Thank you for your time, compassion, and consideration.

Sincerely,

*Maurice Davis*
*Denise Davis*

Maurice & Denise Davis
1728 Waterview Trail
Knoxville, TN 37922
865-599-9592

To Whom It May Concern,

I am writing to provide a character reference for Dinsmore Robins III, whom I have known since birth. I have known Trey's family for over 50 years, and his family is my family for the 52 years I have been in Huntsville Alabama. I have had the privilege of watching Trey grow into a remarkable young man. His upbringing was rooted in strong family values, integrity, and respect—qualities that have always been at the core of his character.

The circumstances surrounding Trey's pending legal actions are deeply surprising to me, as they do not combine with the person, I know him to be. Like anyone, he has had a lapse in judgment, but his actions do not define who Trey is.

I respectfully request leniency on Trey's behalf. He is a young man with tremendous potential who has already demonstrated deep remorse for his actions. Given the opportunity, I am confident that he will prove himself to be an upstanding citizen, contributing positively to society. I implore the court to consider his character beyond this single misstep and provide him with the chance to move forward and make a meaningful impact in our world.

Should you have any questions or require further information, please feel free to contact me at Curtis Cooper or curtis@qualitylaserdesign.com

Sincerely,

Curtis Cooper

I. Chris Robinson, III

P. O. Box 222

Huntsville, AL 35801

Crob1021@yahoo.com

June 5, 2025

Subject: Character Statement for Trey Robinson

Honorable Judge Jonker,

I am writing to attest to the outstanding character, intellect, and technical expertise of Trey Robinson, whom I have known closely for 25 years as a cousin. As a Senior Human Resources Specialist at the Internal Revenue Service with 25 years in federal workforce development, I have extensive experience evaluating professional competence and ethical conduct. My role requires assessing technical aptitude, problem-solving abilities, and integrity—qualities I consistently observe in Trey.

Trey possesses exceptional aptitude in the IT arena. He holds certifications and stays current with emerging technologies. His ability to troubleshoot complex systems and demonstrates analytical depth and innovation.

In collaborative projects, Trey prioritized transparency, accountability, and meticulous documentation. He approaches challenges with patience and resilience, ensuring solutions are both efficient and ethical.

Trey volunteers his IT skills mentoring students in coding workshops and maintaining IT infrastructure for local charities. His dedication reflects a profound sense.

Beyond his technical acumen, Trey is empathetic, reliable, and guided by strong moral principles, He approaches setbacks with humility and consistently supports others—traits I've witnessed firsthand in family and community contexts.

Trey Robinson is a person of high intelligence, technical mastery, and unwavering integrity. His skills and character make him an asset to any team or community. I urge the court to consider his potential and the positive contributions he will continue to make.

Respectfully,

I. Chris Robinson, III

Senior HR Specialist, IRS

Honorable Judge Jonker,

My name is Anthony Gideon. Professionally I am a teacher and a coach at James Clemens High School. I am also the Youth Pastor at The Body of Christ Church and the Founder/President of Triumph Youth Empowerment. I say all that to say my mission is to be a servant leader and elevate the lives of the youth. My journey was just beginning when I met Dinsimore (Trey) Robinson his 9th grade year of high school. I am writing this letter to express my highest praise for Trey as a person. In my experience working with student-athletes, few have demonstrated the character, work ethic, and leadership that Trey consistently brought to everything he did.

Trey led by example in everything he did. He was deeply committed to his teammates, always being the standard. Trey grew up being selected as a Captain as a Sophomore, Trey's presence elevated those around him.

What truly sets Trey apart, however, is his integrity. He competes with heart and discipline, always respecting opponents, officials, and coaches. In moments of adversity, he keeps his composure and chooses the high road, earning the respect of teammates, opponents, and faculty alike.

He carries himself with humility, takes responsibility for his actions, and is always willing to help when called upon.

In short, Trey was the kind of student-athlete every coach hopes to have. He is the kind of child that every parent wants to have, and I'm sure one day he'll be the kind of Father that every child wants to have. I am not aware of all the specifics to Trey's current situation but I can definitely vouch for you he is at his core, and I am proud to have been a part of his journey. Please feel free to contact me if you would like any additional insight into Trey's character or contributions.

**Dinsimore Robinson**
223 Antler Ridge Dr
Huntsville, AL 35811
May 23, 2025

Dear Honorable Judge Robert J. Jonker,

I am writing to express how much regret I have for my actions and the impact they have had on my life and others. This experience has made me reflect on my mistakes, and I fully understand the consequences. I am committed to learning from this and making better decisions moving forward.

This situation has greatly affected my career in cybersecurity. I lost my job with KBR and have struggled to find work in the field. However, I am working hard to get back on my feet by looking into self-employment and other opportunities. I am doing everything I can to rebuild my career and move forward with honesty and integrity.

On top of my career, this has also impacted my family and community. My loved ones have been affected by the emotional and financial strain, and I have had to delay my marriage plans with my fiancée during this time. I deeply regret how my actions have hurt not only my own future but also the people who care about me. I am working to restore their trust and contribute positively to those around me.

Finally, I want to express my gratitude to the Court for considering my case with understanding and compassion. I realize the seriousness of my actions, and I am committed to doing what it takes to become a better person and make things right.

Respectfully,

Dinsimore Robinson