Character Reference For
Jarell Williams

Justin Williams

My name is Justin Williams; I am the middle kid in the family of my Brother Jarell Williams. I am writing this to provide a clear and insightful character reference for Jarell Williams. My intention is to shine light on his character and the contributions he has made. I have known and experience him for most of my life growing up with him in the same house and have fostered a maintained a healthy relationship with him.

Much like me growing up Jarell had neurotypical challenges such as ADHD and Depression. I had the challenge of ADHD and Tourette syndrome. Despite these challenges me and him faced he was incredibly supportive, empathic, and understanding of my situation. During his early years, starting with Middle school Jarell has been known to easily create friendships with people of all diverse backgrounds and differences. He was very social and empathetic, to which many people admired him for allowing him to make friends with people who may not even agree with him, but respect his capacity of empathy and clear emotional intelligence. During my time in the same high school I attended whenever I was to bring up his name people responded positively describing Jarell as a man of integrity, compassion, and understanding. They even showed me more favor due to me being his brother.

During my childhood, my ADHD and Tourette's caused me difficulties with being social with people. Alot of way I would act in abrasive, inappropriate, or irritating ways that prevented me from making stable friends. In times when Jarell invited me out to my friends frequently, I may do or say things that might embarrass him causing tension between us and his friends. But despite this Jarell still showed support and invited me out with his friends explaining them of my situation to help them understand me and be supportive. Where if it were not for this effort from him explaining to people about me and the experience, I gained from him giving me opportunities to be social I would not be as social intelligent and successful in my life to this day.

Many times, I would make mistakes between us, causing tension however his patience and emotionally intelligence allowed us to press through and cultivate deeper bonds. He was also aware of his shortcomings, and when times came where he would make mistakes or doing something unfair, he was quick to apologize and take accountability for his actions because he valued our relationship. This is a behavior prevalent in all Jarrells relationships with people. He tends to be very warm and accepting of people despite them having flaws in themselves, challenges, or differences in their beliefs. His non-judgmental and humanistic outlook on the world and people allowed him work productivity and empathically with people. He has demonstrated leadership in guiding and assembling people to improve themselves and feel comfortable around not just him but other people.

## Character Reference For
## Jarell Williams

He is also commited to helping people in need without worrying about them giving back. He has supported me and others in times of need such a financial and emotionally. He is quick to offer acts of services such as offering me and others a ride when needed or cooking good meals for everyone to eat. But out of all things Of Jarell Williams the most prevalent one; of having a surplus of relationships with people from many backgrounds, to work with and others productively and spread compassions, one could see only few conflicts, perhaps none at times that came between him others, despite the good or bad times. This type of dynamic could not have been fostered if I had not been for his indiscriminate compassion for others, which powered by his innate and natural tendency for love and compassion, caused him to be respected, love, and valued by others.

I write this character reference with the upmost respect and honesty for Jarell Williams as not just dutiful citizen, but as all around well-meaning person to himself and others.