**To Whom it may concern**

It is with deep love and admiration that I, Marcuse Jennifer Williams, have the pleasure to speak on the behalf of my husband, Jarell D. Williams, a man of unwavering character, spiritual strength, and profound compassion. In a world that often feels hurried and uncertain, Jarell has continually stood as a pillar of great faith, compassion, and support. His presence always brings peace, his words are always spoken with great wisdom, and his actions reflect a life rooted in love and service.

As the son of a devoted pastor and a nurturing nurse, Jarell was raised in a home grounded in faith, service, and integrity. These values have shaped him into the man, I believe he is today: a leader, a hardworking husband, and a quiet force of goodness in the lives of all who know him. His education at Oakwood University further shaped his commitment to living a life of purpose and moral clarity. In our home, Jarell is more than a partner, he is like the priest of our household. He always ensures that we pray before we sleep, ride a vehicle or eat. He tries to continually send encouraging verses, quotes, memes and/or clips. He leads with humility, prays with conviction and shows me a love with depth that I have never experienced before which is deeply moving. His name echoes in all the chambers in my heart and he showed me how to be a good human being to others even if they have wronged me.

We meet in January 28, 2023, and shortly after, were married on February 14, 2024, a day that marked the fulfillment of a dream I had long held in my heart. His desire to be an upright and morally sound man has never wavered, and in choosing me as his wife, he gave me the greatest gift: a life built on love, faith, and shared values. He has created a moral and spiritual standard in my household that I not only admire but aspire to uphold for our children. Jarell's presence alone has a way of making people feel seen, heard, and valued that often moves me. Jarell reminds me that there is power in patience, understanding, and unconditional care.

What sets Jarell apart is not just his character, but the consistency with which he lives it. He is the first to offer a helping hand, the last to seek recognition, and always the one to remind me gently and lovingly of what truly matters. His strength is quiet but unshakable, his love is steady and unconditional, and his presence is a blessing that I thank God for every day. His leadership is gentle yet firm, his love is constant, and his presence is a daily blessing.

It is with profound respect, admiration, and heartfelt sincerity that I write this letter that I wholeheartedly believe that he will continue sharing his light and living out the values that define him in our life together. It is without hesitation and with the deepest confidence that I write this letter as also a reminder of how great of a man he is and to also, attest to his noble character. Anyone who has the privilege of knowing or even

working with him will be touched by his grace, inspired by his integrity, and better for having crossed his path.

**With all sincerity and Love,**

Marcuse Jennifer Williams