July 27, 2025

Julie Williams
[redacted]
Chesapeake VA 23320

RE: Character Reference for Jarell Williams

Dear Honorable Judge & courts. I'm writing this letter as a Mother who loves her son dearly. My son, Jarell had an very challenging 32 years old, but to me, he's still the loving, kind, and trusting boy my husband and I raised in christian Household. We know he has made of terrible mistake that has destoryed plenty of lifes.

From Pre-school throughout College days. We nutured him and protected him from all situation in school.

Jarell stood out because he was free-spirited and compassionate. We both spents alot of time with him especially Elementary school. High School was a different animal. The kids teased him & laughed because he was so naive and trusting.

Jarell graduated and during summer looked for jobs; because he wanted a car and willing to work for it. Two Jobs & attended

driving school, pickup his youngest brother to take home till mom and dad arrived. He rode a bike about seven mile each way. Then back to Dunkin Donut where he was responsible in closing up & invoices.

Before leaving for College, he and Mom went to open Application AT Chicken-fil-A. About 4 kids was before him in line. ALL four walked out of door.

His dreams has always been simple: to own a food truck, cook, and serve people. — to make others feel cared for through his food or creative. One powerful example was Jarell the only one to make it to see owner of Chick-fil-A. The Owner stopped anymore interviews.

The owner of Chick-fil-A sat down with Jarell for over an hour. The owner saw something in him — his sincerity, compression and honesty — and offered him that he would be trained to become owner of another Chick-fil-A store.

Unfortunately, after a few months he was called to owner office. The Company policies was no tatoos or facial hair. Jarell took a lot of pride in use well manicured beard.

This devastated him. It happened again at Elegant Restaurant in Huntsville, Alabama after he graduated. Despite this, he remained respectful and determined.

Jarell moved to Atlanta, GA were he found a woman of his dream. His wife, I personally spent time with at Thanksgiving dinner. Miki was unique & a plus for Jarell growth. She has stood by his side from the beginning.

His wife brought my son into Mother-Law home while they saved for their own dreams to have a family & children.

If allowed the chance, My husband and I will personally support him in rebuilding his life with wife. As his Mother, I have watched his heartache. I have seen his spirit weighed down by regrets and shame.

Please, I ask for Mercy and your mercy. My Son is not beyond redemption. He a good man. My heart hurts for watching & talking to son on phone. I pray this court would see the goodness and save him.

Thanks you for hearing the voice of a Mother heart with deepest respect.

Sincerly
Julie Williams (Mom)