

# CERTIFICATE

**JARELL WILLIAMS**

has received this award for successfully completing the course:

**Financial Wellness: Personal Cash Flow Management**





4th August, 2025

Date of Award

To verify:



4381-50915903
alison.com/certification/check/eb7a97b145

*Maeve Richardson*
**Director of Certification**